UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 16-2817(DSD/TNL)

Qui Lewis,

       Plaintiff,

v.                                     **ORDER**

Metro Transit Police, et al.,

       Defendants.

    Qui Lewis, 1910 Burns Avenue, #223, St. Paul, MN 55119, defendant pro se.

    Nathan Midolo, Esq. and Iverson Reuvers Condon, 9321 Ensign Avenue South, Bloomington, MN 55438, counsel for defendants.

This matter is before the court upon the report and recommendation of Magistrate Judge Tony N. Leung dated April 4, 2017 (R&R). The magistrate judge recommended that the case be dismissed without prejudice. No objections to the R&R have been filed in the time period permitted. Under these circumstances, the court finds it appropriate adopt the R&R.

    Accordingly, **IT IS HEREBY ORDERED** that:

    1. The R&R [ECF No. 23] is adopted in its entirety; and

    2. The case is dismissed without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 27, 2017

                                          s/David S. Doty
                                          David S. Doty, Judge
                                          United States District Court